# Court of Appeals
# of the State of Georgia

ATLANTA,    July 26, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2200.  SANCHEZ v. BRANCH BANKING & TRUST CO.**

Upon consideration of Appellant's "VOLUNTARY WITHDRAWAL OF APPEAL" as a MOTION TO WITHDRAW APPEAL, the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/26/2012
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*